

U.S. Department of Justice

~~COURTESY COPY~~

*United States Attorney*
*Eastern District of New York*

SLR: CMI
F#: 2005V01856

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

October 26, 2005

By ECF & Hand Delivery
Honorable Edward R. Korman
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*I do not view the matters as related within the meaning of the Court's Rules*

*USDJ*
*10/28/05*

*cc: all counsel*
*Judge Sifton*
*Judge Go*
*Judge Pohorelsky*

Re: GP-UHAB HDFC et. al. v. Jackson
Civil Action No. 05-4830 (Sifton, J.) (Go, M.J.)

Dear Chief Judge Korman:

Pursuant to Local Civil Rule 1.6(a) and Rules 50.3(e), (f) and 50.4 of the Rules for the Division of Business Among District Judges, Eastern District (the "Guidelines"), the government writes to respectfully advise the Court that this action is "related," as defined by these rules to the civil action Morris v. Jackson et. ano., Civil Action No. CV 04-1913 (Ross, J.) (Pohorelsky, M.J.), which was closed in June 2005, less than four months ago. The government respectfully requests the transfer of the above-referenced action to the Honorable Allyne R. Ross because it is directly related to another action which was litigated before Judge Ross. Plaintiffs' counsel, Edward Josephson, Esq., and Neal M. Goldman, Esq., consent to the relation of this action to the prior civil matter.

In the above-referenced civil case, plaintiffs seek a permanent injunction directing HUD to renew the project based Section 8 housing contract for the property located at 940-950 Gates Avenue, Brooklyn, New York 11221 ("Gates Patchen Apartments") following plaintiff GP-UHAB HDFC's acquisition of title of the Gates Patchen Apartments. The current owner of the Gates Patchen Apartments, GP-UHAB HDFC, acquired title in July 2005, following transactions between the previous owners, HUD and the City of New York. The prior civil matter, Morris v. Jackson et. ano., which sought a preliminary injunction against HUD related to the sale and/or foreclosure of

the Gates Patchen Apartments, involved the same property as at issue in the instant matter and specifically involved issues related to foreclosure and transfer of title in the Gates Patchen Apartments which occurred in July 2005.

Rule 50.3(e) of the Guidelines provides that related cases shall be assigned to the same judge. Where the Clerk of the Court has failed to assign related cases to the same judge, the Court may transfer the action upon agreement of all of the judges to whom the related cases are and were assigned. See Guidelines Rule 50.3(f). Once all the judges agree upon the transfer, then the Clerk of the Court is notified and may transfer the action. Id.

Moreover, the Court should transfer the action to conserve judicial resources and foster judicial economy. Judge Ross presided over the previous action and is familiar with the facts and allegations set forth in the therein, which encompasses the litigative history relative to plaintiffs' current application.

For the foregoing reasons, the government respectfully requests that the Court transfer the instant action to Judge Ross.

    Respectfully submitted,

    ROSLYNN R. MAUSKOPF
    United States Attorney

By:   /s/ (electronically filed)
    Catherine M. Mirabile (CM 1290)
    Assistant U.S. Attorney
    (718) 254-6055

cc: <u>By ECF & Hand Delivery</u>

<u>Civil Action No. CV 05-4830</u>
Honorable Charles P. Sifton
Magistrate Judge Marilyn D. Go

<u>Civil Action No. CV 04-1913</u>
Honorable Allyne R. Ross
Magistrate Judge Viktor V. Pohorelsky


<u>By ECF & Regular Mail</u>

John C. Gray, Esq.
South Brooklyn Legal Services, Inc.
Attorney for Plaintiffs Gates Patchen Tenants Association
105 Court Street
Brooklyn, New York 11201
(718) 237-5538
Attn: Edward Josephson, Esq.


Neal M. Goldman, Esq.
Attorney for Plaintiffs GP-UHAB Housing Development Fund Corp.
470 Park Avenue South, 10th Floor
New York, New York 10016
(212) 696-4848